IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

* * * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL N0: 07-40039 |
| Plaintiff, | ) | **MINUTES OF COURT** |
| | ) | |
| vs. | ) | DATE: 4/21/2008 |
| | ) | |
| RONALD E. WAYLAND, | ) | |
| | ) | |
| Defendant(s). | ) | |

PRESENT: **HONORABLE J. PHIL GILBERT, DISTRICT JUDGE**

DEPUTY CLERK: K. Jane Reynolds        COURT REPORTER: N/A

COUNSEL FOR PLAINTIFF(S): N/A

COUNSEL FOR DEFENDANT(S): N/A

MINUTE ORDER IN CHAMBERS: ( X )

PROCEEDINGS:

TIME:

   This matter is before the court for purposes of case management and calendar control.

   It is hereby ORDERED that this matter is STRICKEN from the 1:30 setting on 4/24/2008 and reset for 10:00 a.m. on 4/24/2008 at Benton, IL.

NORBERT G. JAWORSKI, CLERK

By: s/ K. Jane Reynolds
Deputy Clerk